**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7308**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

LORENZO LIWAYNE BARNES, a/k/a L.B.,

       Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:18-cr-00150-RGD-RJK-3)

---

Submitted: February 16, 2023                  Decided: February 22, 2023

---

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lorenzo Liwayne Barnes, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Liwayne Barnes appeals the district court's order denying his motion to correct his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *United States v. Barnes*, No. 2:18-cr-00150-RGD-RJK-3 (E.D. Va. Nov. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*